On petition for review filed August 21,* petition for review allowed; decision of
Court of Appeals vacated and case remanded to Court of Appeals for further
consideration October 25, 2001

STATE OF OREGON,
*Respondent on Review,*

*v.*

STEVEN MICHAEL SUTER,
*Petitioner on Review.*

(CC 96-1052; CA A95862; SC S48779)

34 P3d 169

Mary M. Reese, Deputy Public Defender, Salem, filed the
petition for petitioner on review. With her on the petition was
David E. Groom, State Public Defender.

No appearance *contra*.

Before Carson, Chief Justice, and Gillette, Durham,
Leeson, Riggs, and De Muniz, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the
Court of Appeals is vacated. The case is remanded to the
Court of Appeals for further consideration in light of *State v.
Fugate*, 332 Or 195, 26 P3d 802 (2001).

---

* Appeal from Clackamas County Circuit Court, Robert R. Selander, Judge.
157 Or App 107, 969 P2d 1035 (1998).

** Balmer, J., did not participate in the consideration or decision of this case.